■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KATHLEEN O. PEREZ, Appellant. [864 NYS2d 340]—Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see People v Crawford,* 71 AD2d 38 [1979]). (Appeal from Judgment of Orleans County Court, James P. Punch, J.—Felony Driving While Intoxicated.) Present—Scudder, P.J., Hurlbutt, Martoche, Smith and Lunn, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM C. REED, Appellant, v WARREN BARKLEY, Superintendent of Cape Vincent Correctional Facility, Respondent. [864 NYS2d 338]—Counsel's motion to be relieved of assignment granted. Appeal dismissed as moot. (Appeal from Judgment of Supreme Court, Jefferson County, Hugh A. Gilbert, J.—Habeas Corpus.) Present—Scudder, P.J., Hurlbutt, Martoche, Smith and Lunn, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. RICHARD REMP, Appellant, v JAMES T. CONWAY, Superintendent of Attica Correctional Facility, Respondent. [864 NYS2d 341]—Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see People v Crawford,* 71 AD2d 38 [1979]). (Appeal from Judgment of Supreme Court, Wyoming County, Mark H. Dadd, J.—Habeas Corpus.) Present—Scudder, P.J., Hurlbutt, Martoche, Smith and Lunn, JJ.